**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-6303**

HERSCHEL JULIUS PERKINS,

Plaintiff - Appellant,

versus

CARLTON DEWBERRY, Sergeant; MICHAEL NEEBE,
Deputy; TIMOTHY HONIG, Deputy; ALEXANDRIA
SHERIFF'S OFFICE; JAMES H. DUNNING, Sheriff's
Office of Alexandria,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-03-1335-1)

Submitted:  July 6, 2005              Decided:  July 28, 2005

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Herschel Julius Perkins, Appellant Pro Se.  Jack L. Gould, Fairfax,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Herschel Julius Perkins appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error because, even accepting Perkins' version of the disputed events, his injuries were de minimis. While the district court did not address Perkins' mental anguish claim, this claim is meritless because de minimis physical injuries cannot support a claim for mental or emotional injury. See 42 U.S.C. § 1997e(e). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED